UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANY RIVERA SANCHEZ,

Defendant.

**ORDER**

25 Cr. 416 (LAP)

WHEREAS, with the consent of defendant Dany Rivera Sanchez, the defendant's guilty plea allocution was taken before United States Magistrate Judge Katharine H. Parker on October 21, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: January 26, 2027 at 12:00 PM.

SO ORDERED.

Dated: New York, New York
October 27, 2026

Loretta A. Preska

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK